PROB 35
(Rev. 4/81)

Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

V.                                                              Crim. No. 01-00763-001

DANIELLE PETILLO

On November 7, 2002, the above named was placed on supervised release for a period of four years. The releasee has complied with the rules and regulations of supervised release and is no longer in need of probation supervision. It is accordingly recommended that the releasee be discharged from supervised release.

Respectfully submitted,

U.S. Probation Officer
Cayetano R. Castellano

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _19_ Day of _July_, 2006

United States District Judge

Dennis M. Cavanaugh
U.S. District Judge